```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00188
   ARDELLA J WASHINGTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3086

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/06/2008 and was confirmed 03/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/08/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG         .00           .00            .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE         .00           .00            .00
ISAC                      UNSECURED        19342.62           .00            .00
ACME CONTINENTAL CU       UNSECURED         1464.91           .00            .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED          .00            .00
CAPITAL ONE               UNSECURED         1099.07           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          584.54           .00            .00
NEW CENTURY MORTGAGE COR  UNSECURED        NOT FILED          .00            .00
SALLIE MAE LSCF           UNSECURED        NOT FILED          .00            .00
ACME CONTINENTAL CU       SECURED            400.00          3.29         347.12
ARDELLA WASHINGTON        NOTICE ONLY      NOT FILED          .00            .00
ILLINOIS DEPT OF HUMAN S  UNSECURED         2440.00           .00            .00
TOM VAUGHN                NOTICE ONLY      NOT FILED          .00            .00
OFFICE OF THE US TRUSTEE  NOTICE ONLY      NOT FILED          .00            .00
NELLA E MARIANI           DEBTOR ATTY      3,500.00                     2,119.17
TOM VAUGHN                TRUSTEE                                         214.74
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             2,684.32

PRIORITY                                         .00
SECURED                                       347.12
     INTEREST                                   3.29
UNSECURED                                        .00
ADMINISTRATIVE                              2,119.17
TRUSTEE COMPENSATION                          214.74
DEBTOR REFUND                                    .00
                    ---------------      ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00188 ARDELLA J WASHINGTON
```

```
TOTALS                            2,684.32            2,684.32
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/27/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```